**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **John**<br>First name<br><br>**Claude**<br>Middle name<br><br>**Simmons, 3rd**<br>Last name and Suffix (Sr., Jr., II, III) | **Nicole**<br>First name<br><br>**Felice**<br>Middle name<br><br>**Simmons**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9612 | xxx-xx-0643 |

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**

Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**8330 Saint Helena Dr**
**Colorado Springs, CO 80920-4607**
Number, Street, City, State & ZIP Code

**El Paso**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.   Go to line 12.

■ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

■   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.  Are you a sole proprietor of any full- or part-time business?**

☑ No.     Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☑ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?                _____

If immediate attention is needed, why is it needed?    _____

Where is the property?            _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**

Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ John Claude Simmons, III | /s/ Nicole Felice Simmons |
|---|---|
| John Claude Simmons, 3rd | Nicole Felice Simmons |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **October  7, 2016** | Executed on   **October  7, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

---

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**   Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jane M. Roberson**   Date   **October  7, 2016**
Signature of Attorney for Debtor          MM / DD / YYYY

**Jane M. Roberson**
Printed name

**Roberson Law, LLC**
Firm name

**720 S Colorado Blvd # 450-S**
**Denver, CO 80246-1939**
Number, Street, City, State & ZIP Code

Contact phone                  Email address   **Roberson@JustAskJane.com**

**30543**
Bar number & State

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

Certificate Number: 15317-CO-CC-028170887



15317-CO-CC-028170887

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 6, 2016, at 11:07 o'clock AM PDT, John C Simmons III received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 6, 2016          By:      /s/Eric Reyes

Name:   Eric Reyes

Title:   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15317-CO-CC-028170794



15317-CO-CC-028170794

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 6, 2016</u>, at <u>11:13</u> o'clock <u>AM PDT</u>, <u>Nicole F Simmons</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 6, 2016</u>          By:     <u>/s/Eric Reyes</u>

                                      Name:   <u>Eric Reyes</u>

                                      Title:   <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **7119 Aspen Glen Ln**<br>**Colorado Springs, CO 80919-3025** | From-To:<br>**11/1/2015 -**<br>**5/15/2016** | ■ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **5460 Royal Vista Ln**<br>**Las Vegas, NV 89149-6638** | From-To:<br>**5/1/2015 -**<br>**10/31/2016** | ■ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **2720 Silent Rain Dr**<br>**Colorado Springs, CO 80919-3090** | From-To:<br>**5/1/2014 -**<br>**5/1/2015** | ■ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **7725 Julynn Rd**<br>**Colorado Springs, CO 80919-4229** | From-To:<br>**5/1/2011**<br>**-5/1/2014** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**                    Case number *(if known)*

| **Part 2** | **Explain the Sources of Your Income** |
|---|---|

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
☑  Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$40,599.00** | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$36,785.00** |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$41,942.00** | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$19,040.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$40,415.00** | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$58,615.00** |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
☑  Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Gambling** | **$4,600.00** | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐  No.   Go to line 7.

☐  Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**    Case number *(if known)*

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| in re the Application of Provident Funding | foreclosure action former personal residence | El Paso County Colorado District Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10.    **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Provident Funding | former personal residence<br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 6/1/2016 | $176,300.00 |

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Simmons, John Claude 3rd & Simmons, Nicole Felice** | Case number *(if known)* |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Compassion International** | **$38 per month** | **last 2 years** | **$912.00** |
| **Christian Life Ministries** | **$30/mo** | **last 2 years** | **$720.00** |

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ☐ No
- ■ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **2007 Mercury Milan - in wreck** | **insurance paid approx. $3000 to mechanic for repairs** | **11/2015** | **$5,800.00** |

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**                    Case number (if known) _____

consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Roberson Law, LLC**<br>**720 S Colorado Blvd # 450-S**<br>**Denver, CO 80246-1939** | **$1350** | **10/2016** | **$1,350.00** |
| **Access Counseling Inc.**<br>**633 W 5th St Ste 26001**<br>**Los Angeles, CA 90071-2005** | **$14.95** | **10/2016** | **$14.95** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Woodman Nissan**<br><br><br>**none** | **traded in 2009 Nissan Titan $13,000 (proceeds towards payment of the loan for replacement vehicle** | | **5/2015** |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)
☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**                Case number *(if known)* _____

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage** | **brother** | **kids bicycles, HH goods, DVDs** | ■ No ☐ Yes |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Debtor 1
Debtor 2   Simmons, John Claude 3rd & Simmons, Nicole Felice          Case number *(if known)* _____

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

### Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

### Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ John Claude Simmons, III _____          /s/ Nicole Felice Simmons _____
**John Claude Simmons, 3rd**                           **Nicole Felice Simmons**
Signature of Debtor 1                                  Signature of Debtor 2

Date    **October 7, 2016** _____          Date    **October 7, 2016** _____

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**                Case number *(if known)*

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $                0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $           21,594.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $           21,594.00 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $           19,606.00 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $           94,445.00 |
| **Your total liabilities** | $          114,051.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $            6,921.80 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $            6,810.80 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

■    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   **Simmons, John Claude 3rd & Simmons,**
Debtor 2   **Nicole Felice**

Case number *(if known)* _____

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **8,744.72**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **18,989.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |

9g. **Total.** Add lines 9a through 9f.

$ _____ **18,989.00**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | | ☐ Debtor 2 only | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |

2013 Nissan Xterra V-6
80,000 miles
fair condition
NADA average trade in

☐ Check if this is community property (see instructions)

Current value of the entire property? **$14,075.00**     Current value of the portion you own? **$14,075.00**

| 3.2 | Make: | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | | ☐ Debtor 2 only | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |

2007 Mercury Milan V-6
97,000 miles
fair condition
NADA average trade in

☐ Check if this is community property (see instructions)

Current value of the entire property? **$3,675.00**     Current value of the portion you own? **$3,675.00**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**    Case number *(if known)* _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>    | **$17,750.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

> Living room - sofa, tables, lamps TV/DVD = $350
> Bedrooms - beds, chests of draws, lamps = $150
> Dining Room - table/chairs, pots/pans, small appliances, misc. = $200
> Home computer = $15
> Misc. tools, equipment and supplies = $200
> Washer/dryer = $50
> Books, movies, games, antiques, collectibles = $150

$1,115.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| personal clothing | $300.00 |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**          Case number *(if known)*

| wedding rings, misc. | $150.00 |

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | 1 8 year old medium size dog<br>1 cat 14 years<br>1 cat 10 years | |
    | | $0.00 |

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................

| $1,565.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................................

    cash on hand                                                                                      $10.00

---

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................
    Institution name:

    17.1.   **Wife's  Personal Checking Wells Fargo**
            **Husband's Personal Checking BBVA**
            **Compas**                                                                               $100.00

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No

---

Official Form 106A/B                          Schedule A/B: Property                                    page 3

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Simmons, John Claude 3rd & Simmons, Nicole Felice**          Case number *(if known)*

☐ Yes. List each account separately.
        Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ....................              Institution name or individual:
                                        **security deposit with landlord**                    $2,168.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
                 unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                    Beneficiary:                    Surrender or refund value:

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**   Case number *(if known)*

---

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ■ Yes.  Describe each claim.........

    | | |
    |---|---|
    | **potential claim against**<br>**Tonia KcKinney**<br>**11/2015 took car without permission and was in wreck**<br>**$6,000**<br>**chances of collecting slim (her only known income is from**<br>**disablity)** | $1.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................   **$2,279.00**

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
             If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................   **$0.00**

---

Debtor 1
Debtor 2      **Simmons, John Claude 3rd & Simmons, Nicole Felice**                    Case number *(if known)*

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................. | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$17,750.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,565.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$2,279.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... | **$21,594.00**    Copy personal property total → **$21,594.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$21,594.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **2013 Nissan Xterra V-6 80,000 miles fair condition NADA average trade in** Line from *Schedule A/B* **3.1** | $14,075.00 | ■ $7,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(j)(I) |
| **2007 Mercury Milan V-6 97,000 miles fair condition NADA average trade in** Line from *Schedule A/B* **3.2** | $3,675.00 | ■ $3,675.00  ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(j)(I) |
| **Living room - sofa, tables, lamps TV/DVD = $350 Bedrooms - beds, chests of draws, lamps = $150 Dining Room - table/chairs, pots/pans, small appliances, misc. = $200 Home computer = $15 Misc. tools, equipment and supplies = $200 Washer/dryer = $50 Boo** Line from *Schedule A/B* **6.1** | $1,115.00 | ■ $1,115.00  ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(e) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **personal clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■  $300.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **wedding rings, misc.**<br>Line from *Schedule A/B*: **12.1** | $150.00 | ■  $150.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **cash on hand**<br>Line from *Schedule A/B*: **16.1** | $10.00 | ■  75%<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** |
| **Wife's  Personal Checking Wells Fargo**<br>**Husband's Personal Checking BBVA Compas**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■  75%<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** |
| **security deposit with landlord**<br>Line from *Schedule A/B*: **22.1** | $2,168.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(r)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | _____ |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt
**4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** Brief description: Line from *Schedule A/B*: _____ | _____ | ☐ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

| | Column A | Column B | Column C |
|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1**

| **Capital One Auto Finance** | **Describe the property that secures the claim:** | **$19,606.00** | **$14,075.00** | **$5,531.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept**
**PO Box 30258**
**Salt Lake City, UT**
**84130-0258**

Number, Street, City, State & Zip Code

**2013 Nissan Xterra V-6 80,000 miles fair condition NADA average trade in**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2015-04**          **Last 4 digits of account number**   **1001**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$19,606.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$19,606.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code

**Capital One Auto Finan**
**3901 Dallas Pkwy**
**Plano, TX 75093-7864**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   **1001**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

**1.** Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | **10 Las Vegas Valley Water Distric** | Last 4 digits of account number | 0237 | | $233.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1001 S Valley View Blvd**
**Las Vegas, NV 89107-4447**
Number Street City State Zip Code

When was the debt incurred?    **Unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

| 4.2 | **10 Nv Energy** | Last 4 digits of account number **7561** | $545.00 |

Nonpriority Creditor's Name

**PO Box 10100**
**Reno, NV 89520-0024**
Number Street City State Zip Code

When was the debt incurred?  **Unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **10 Southwest Gas Corporation** | Last 4 digits of account number **6704** | $99.00 |

Nonpriority Creditor's Name

**PO Box 98890**
**Las Vegas, NV 89193-8890**
Number Street City State Zip Code

When was the debt incurred?  **Unknown**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 | **Ally Diagnostics** | Last 4 digits of account number | $10,000.00 |

Nonpriority Creditor's Name

**2099 Valley View Ln # 180**
**Farmers Branch, TX 75234-8920**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.5 | **Ashford University** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**8620 Spectrum Center Blvd**
**San Diego, CA 92123-1406**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.6 | **Capital One** | Last 4 digits of account number **4243** | **$451.00** |

Nonpriority Creditor's Name

**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

When was the debt incurred? **2015-10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.7 | **Centura-Penrose Hospital** | Last 4 digits of account number **2039** | **$28.00** |

Nonpriority Creditor's Name

**2222 N Nevada Ave**
**Colorado Springs, CO 80907-6819**
Number Street City State Zip Code

When was the debt incurred? **2013-08**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.8 | **Colo Spgs Allergy Clinic** | Last 4 digits of account number | **8G2T** | $314.00 |

Nonpriority Creditor's Name

**3425 Austin Bluffs Pkwy Ste 205**
**Colorado Springs, CO 80918-5724**
Number Street City State Zip Code

When was the debt incurred?  **2015-01**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **Colorado Central Collection Services** | Last 4 digits of account number | **7281** | $2,631.00 |

Nonpriority Creditor's Name

**1525 Sherman St**
**Denver, CO 80203**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.10 | **Colorado Central Collection Services** | Last 4 digits of account number | **7280** | $403.00 |

Nonpriority Creditor's Name

**1525 Sherman St**
**Denver, CO 80203**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.11 | **Colorado Department of Labor and Unemplo** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     **$2,570.00**

When was the debt incurred? _____

**PO Box 8789**
**Denver, CO 80201-8789**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  **unemployment overpayment**

---

| 4.12 | **Compass Bank/Bbva Compass Bk** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  **6070**     **$3,986.00**

**Attn:Bankruptcy**
**PO Box 10566**            When was the debt incurred?  **2011-03**
**Birmingham, AL 35296-0001**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  _____

---

| 4.13 | **Cox Communications** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  **7984**     **$207.00**

When was the debt incurred?  **Unknown**

**6205 Peachtree Dunwoody Rd Apt**
**B**
**Atlanta, GA 30328-4524**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  _____

---

Debtor 1   **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2   **Felice**

Case number (if know) _____

| 4.14 | **Dept of Ed/Navient** | Last 4 digits of account number | **1203** | $6,185.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Claims Dept**
**PO Box 9400**
**Wilkes Barre, PA 18773-9400**

When was the debt incurred?   **2009-12**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

■ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.15 | **Dept of Ed/Navient** | Last 4 digits of account number | **1203** | $4,712.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Claims Dept**
**PO Box 9400**
**Wilkes Barre, PA 18773-9400**

When was the debt incurred?   **2009-12**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

■ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.16 | **Dept of Ed/Navient** | Last 4 digits of account number | **1203** | $3,092.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Claims Dept**
**PO Box 9400**
**Wilkes Barre, PA 18773-9400**

When was the debt incurred?   **2009-12**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

■ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

| 4.17 | **Dept of Ed/Navient** | Last 4 digits of account number | **0330** | $1,983.00 |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**PO Box 9400**
**Wilkes Barre, PA 18773-9400**
Number Street City State Zip Code

When was the debt incurred?   **2015-03**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
□ Other. Specify _____

---

| 4.18 | **Dept of Ed/Navient** | Last 4 digits of account number | **0622** | $1,346.00 |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**PO Box 9400**
**Wilkes Barre, PA 18773-9400**
Number Street City State Zip Code

When was the debt incurred?   **2010-06**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
□ Other. Specify _____

---

| 4.19 | **Desert Radiologists** | Last 4 digits of account number | **3025** | $585.00 |

Nonpriority Creditor's Name

**2020 Palomino Ln Ste 100**
**Las Vegas, NV 89106-4894**
Number Street City State Zip Code

When was the debt incurred?   **2015-09**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

| | | |
|---|---|---|
| 4.20 | **Dish Network** | Last 4 digits of account number   **5766**          $517.00 |

Nonpriority Creditor's Name

**9601 S Meridian Blvd**
**Englewood, CO 80112-5905**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.21 | **DR BARTON E KNOX M.D.** | Last 4 digits of account number   **8710**          $51.00 |

Nonpriority Creditor's Name

**3030 N Circle Dr # 300**
**Colorado Springs, CO 80909-1180**

When was the debt incurred?   **2013-11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.22 | **Dr Elliot Cohen** | Last 4 digits of account number          **unknown** |

Nonpriority Creditor's Name

**6760 Corporate Dr # 140**
**Colorado Springs, CO 80919-5910**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.23 | **First Choice Emergency Room** | Last 4 digits of account number | **9743** | **$926.00** |

Nonpriority Creditor's Name

**2941 Lake Vista Dr**
**Lewisville, TX 75067-3801**
Number Street City State Zip Code

When was the debt incurred?   **2015-05**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.24 | **First Choice Emergency Room** | Last 4 digits of account number | **9599** | **$501.00** |

Nonpriority Creditor's Name

**2941 Lake Vista Dr**
**Lewisville, TX 75067-3801**
Number Street City State Zip Code

When was the debt incurred?   **2015-08**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.25 | **First Choice Emergency Room** | Last 4 digits of account number | **0829** | **$502.00** |

Nonpriority Creditor's Name

**2941 Lake Vista Dr**
**Lewisville, TX 75067-3801**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

| | | |
|---|---|---|
| 4.26 | **Ford Credit** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1 American Rd**
**Dearborn, MI 48126-2701**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.27 | **Front Range Emergency Specialists** | Last 4 digits of account number  **1344** | **$25.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 17234**
**Denver, CO 80217-0234**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.28 | **Laboratory Corp of America** | Last 4 digits of account number  **7820** | **$536.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **Unknown**

**PO Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.29 | **Matthews Vu Medical Group** | Last 4 digits of account number | **6224** | **$30.00** |
|------|------|------|------|------|

Nonpriority Creditor's Name

**4190 E Woodmen Rd Ste 100**
**Colorado Springs, CO 80920-8075**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 | **Memorial Health System** | Last 4 digits of account number | **9261** | **$483.00** |
|------|------|------|------|------|

Nonpriority Creditor's Name

**4110 Briargate Pkwy # 445**
**Colorado Springs, CO 80920-7839**
Number Street City State Zip Code

When was the debt incurred? **2015-02**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.31 | **Memorial Health System** | Last 4 digits of account number | **9272** | **$298.00** |
|------|------|------|------|------|

Nonpriority Creditor's Name

**4110 Briargate Pkwy # 445**
**Colorado Springs, CO 80920-7839**
Number Street City State Zip Code

When was the debt incurred? **2015-02**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.32 | **Memorial Health System** | Last 4 digits of account number | **3741** | $271.00 |

Nonpriority Creditor's Name

**4110 Briargate Pkwy # 445**
**Colorado Springs, CO 80920-7839**
Number Street City State ZIp Code

When was the debt incurred?   **2014-10**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.33 | **Memorial Health System** | Last 4 digits of account number | **8643** | $87.00 |

Nonpriority Creditor's Name

**4110 Briargate Pkwy # 445**
**Colorado Springs, CO 80920-7839**
Number Street City State ZIp Code

When was the debt incurred?   **2014-02**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.34 | **Memorial Hospital** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**1400 E Boulder St**
**Colorado Springs, CO 80909-5533**
Number Street City State ZIp Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

| 4.35 | **Navient** | Last 4 digits of account number | **1899** | $1,671.00 |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

Number Street City State Zip Code

When was the debt incurred?  **2007-01**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify _____

---

| 4.36 | **Penrad Imaging** | Last 4 digits of account number | **5186** | $148.00 |

Nonpriority Creditor's Name

**1390 Kelly Johnson Blvd**
**Colorado Springs, CO 80920-3908**

Number Street City State Zip Code

When was the debt incurred?  **2013-11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.37 | **Penrad Imaging** | Last 4 digits of account number | **5349** | $33.00 |

Nonpriority Creditor's Name

**PO Box 2989**
**Colorado Springs, CO 80901-2989**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

---

**4.38**

**Penrose Hospital**
Nonpriority Creditor's Name

**2222 N Nevada Ave**
**Colorado Springs, CO 80907-6819**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.39**

**Provident Funding Asso**
Nonpriority Creditor's Name

**PO Box 5914**
**Santa Rosa, CA 95402-5914**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0023**     **$43,471.00**

When was the debt incurred?   **2007-01**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.40**

**Quest Diagnostics**
Nonpriority Creditor's Name

**3 Giralda Farms**
**Madison, NJ 07940-1027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2   **Felice**

Case number (if know) _____

| 4.41 | **Radiology Imaging Consultant** | Last 4 digits of account number | **7881** | **$114.00** |

Nonpriority Creditor's Name

**7710 N Union Blvd Ste 101**
**Colorado Springs, CO 80920-4085**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **2013-02**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.42 | **Radiology Imaging Consultant** | Last 4 digits of account number | **228A** | **$37.00** |

Nonpriority Creditor's Name

**7710 N Union Blvd Ste 101**
**Colorado Springs, CO 80920-4085**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **2014-08**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.43 | **Synchrony Bank/Gap** | Last 4 digits of account number | **8882** | **$205.00** |

Nonpriority Creditor's Name

**PO Box 965064**
**Orlando, FL 32896-5064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **2014-07-13**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2 **Felice**

Case number (if know) _____

| 4.44 | **United Consumer Financial Services** | Last 4 digits of account number | **1833** | **$1,182.00** |

Nonpriority Creditor's Name

**865 Bassett Rd**
**Westlake, OH 44145-1142**

When was the debt incurred? **2013-10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.45 | **Verizon Wireless** | Last 4 digits of account number | **0001** | **$313.00** |

Nonpriority Creditor's Name

**500 Technology Dr Ste 550**
**Weldon Spring, MO 63304-2225**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.46 | **Wells Fargo Bank Card** | Last 4 digits of account number | **0095** | **$3,674.00** |

Nonpriority Creditor's Name
**MAC F82535-02F**
**PO Box 10438**
**Des Moines, IA 50306-0438**

When was the debt incurred? **2001-10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**

Debtor 2  **Felice**

Case number (if know) _____

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| Name and Address **Aargon Agncy** **3025 W Sahara Ave** **Las Vegas, NV 89102-6094** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.2** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **7561** |
| Name and Address **Aargon Agncy** **3025 W Sahara Ave** **Las Vegas, NV 89102-6094** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **0237** |
| Name and Address **Amca** **2269 S Saw MI** **Elmsford, NY 10523** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.28** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **7820** |
| Name and Address **Amcol Systems Inc** **111 Lancewood Rd** **Columbia, SC 29210-7523** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.23** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **9743** |
| Name and Address **Amcol Systems Inc** **111 Lancewood Rd** **Columbia, SC 29210-7523** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.24** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **9599** |
| Name and Address **Americollect Inc** **1851 S Alverno Rd** **Manitowoc, WI 54220-9208** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.41** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **7881** |
| Name and Address **Americollect Inc** **1851 S Alverno Rd** **Manitowoc, WI 54220-9208** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.42** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **228A** |
| Name and Address **Amocol Systems, Inc** **PO Box 21625** **Columbia, SC 29221-1625** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.25** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **0829** |
| Name and Address **Bc Services Inc** **550 Disc Dr** **Longmont, CO 80503-9343** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.30** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **9261** |
| Name and Address **Bc Services Inc** **550 Disc Dr** **Longmont, CO 80503-9343** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.31** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **9272** |
| Name and Address **Bc Services Inc** **550 Disc Dr** **Longmont, CO 80503-9343** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.32** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number **3741** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bc Services Inc**<br>**550 Disc Dr**<br>**Longmont, CO 80503-9343** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **8643** |
| **Bc Services Inc**<br>**550 Disc Dr**<br>**Longmont, CO 80503-9343** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **2039** |
| **Byl Svc**<br>**301 Lacey St**<br>**West Chester, PA 19382-3727** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **6704** |
| **Capital One Bank USA N**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238-1119** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **4243** |
| **Compass Bank**<br>**2009 Beltline Rd SW**<br>**Decatur, AL 35601-6261** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **6070** |
| **Credit Service Co**<br>**PO Box 1120**<br>**Colorado Springs, CO 80901-1120** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **5186** |
| **Credit Systems Inc**<br>**1485 Garden of the Gods Rd**<br>**Colorado Springs, CO 80907-3303** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **8710** |
| **Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **1203** |
| **Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **1203** |
| **Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **1203** |
| **Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **0330** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2   **Felice**

Case number (if know) _____

| | |
|---|---|
| Name and Address<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0622** |
| Name and Address<br>**Navient**<br>**123 S Justison St Ste 30**<br>**Wilmington, DE 19801-5360** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **1899** |
| Name and Address<br>**Plusfour Inc.**<br>**6345 S Pecos Rd Ste 212**<br>**Las Vegas, NV 89120-6224** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **3025** |
| Name and Address<br>**Provident Funding Asso**<br>**1235 N Dutton Ave Ste E**<br>**Santa Rosa, CA 95401-4666** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0023** |
| Name and Address<br>**Ruicrdtsrvs**<br>**PO Box 1349**<br>**Melville, NY 11747-0421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **7984** |
| Name and Address<br>**Syncb/paypal Extras Mc**<br>**PO Box 965005**<br>**Orlando, FL 32896-5005** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **8882** |
| Name and Address<br>**United Consumer Finl S**<br>**865 Bassett Rd**<br>**Westlake, OH 44145-1142** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **1833** |
| Name and Address<br>**Vital Recovery Services, LLC**<br>**PO Box 923747**<br>**Peachtree Corners, GA 30010-3747** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **1833** |
| Name and Address<br>**Wells Fargo**<br>**PO Box 14517**<br>**Des Moines, IA 50306-3517** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0095** |
| Name and Address<br>**Western Control Servic**<br>**730 W Hampden Ave Ste 30**<br>**Englewood, CO 80110-2120** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **8G2T** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| | 6a.   **Domestic support obligations** | 6a.   $ | **0.00** |
| **Total claims** | | | |

Debtor 1  **Simmons, John Claude 3rd & Simmons, Nicole**
Debtor 2  **Felice**

Case number (if know) _____

| | | | | |
|---|---|---|---|---|
| **from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 18,989.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 75,456.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 94,445.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases            **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Lease with Landlord** | **lease for residence @ $1685 per month expires 6/2017** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number        Street<br>City                     State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number        Street<br>City                     State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| Debtor 2 (Spouse, if filing) | **Nicole Felice Simmons** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Banker** | **Nurse** |
| Employer's name | | **BBVA Compass** | **Sava Sr. Care** |
| Employer's address | | **15 20th St S**<br>**Birmingham, AL 35233-2000** | **5300 S Sam Houston Pkwy N # 5300**<br>**Houston, TX 77048-5912** |
| How long employed there? | | **4 years** | **10 months** |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $     **3,931.66** | $     **4,171.44** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$     0.00 | +$     0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $     **3,931.66** | $     **4,171.44** |

Debtor 1
Debtor 2   **Simmons, John Claude 3rd & Simmons, Nicole Felice**

Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | 3,931.66 | $ 4,171.44 |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 381.77 | $ 655.68 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 643.85 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions. Specify:** | 5h.+ | $ 0.00 | + $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,025.62 | $ 655.68 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,906.04 | $ 3,515.76 |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income. Specify:**   Rent from mother | 8h.+ | $ 500.00 | + $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 500.00 | $ 0.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,406.04 | + $ 3,515.76 | = $ 6,921.80 |
|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2–10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

| | | 11. | + $ 0.00 |
|---|---|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | 12. | $ 6,921.80 |
|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   wife has medical condition. Petitioners are responsible for home and lawn maintenance

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| Debtor 2 (Spouse, if filing) | **Nicole Felice Simmons** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

　　■ No

　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **13** | ☐ No  ■ Yes |
| **Daughter** | **7** | ☐ No  ■ Yes |
| **son** | **4** | ☐ No  ■ Yes |
| **Mother** | **63** | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,685.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1
Debtor 2  **Simmons, John Claude 3rd & Simmons, Nicole Felice**          Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 220.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. | Other. Specify: **Trash Removal** | 6d. $ | 23.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,175.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 400.00 |
| 10. | **Personal care products and services** | | 10. $ | 250.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 400.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 200.80 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 68.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 296.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 468.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income***.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Pet care** | | 21. +$ | 125.00 |
| | **misc** | | +$ | 150.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 6,810.80 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 6,810.80 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,921.80 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 6,810.80 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 111.00 |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.          Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Claude Simmons, 3rd** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Nicole Felice Simmons** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ John Claude Simmons, III** | X **/s/ Nicole Felice Simmons** |
|---|---|
| **John Claude Simmons, 3rd** | **Nicole Felice Simmons** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **October  7, 2016** | Date **October  7, 2016** |

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

**IN RE:**                                                                Case No. _____

<u>Simmons, John Claude 3rd & Simmons, Nicole Felice</u>          Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October  7, 2016** _____   Signature: ***/s/ John Claude Simmons, III***_____
                                        **John Claude Simmons, III**
                                                                                        Debtor

Date: **October  7, 2016** _____   Signature: ***/s/ Nicole Felice Simmons***_____
                                        **Nicole Felice Simmons**
                                                                                 Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

10 Las Vegas Valley Water Distric
1001 S Valley View Blvd
Las Vegas, NV  89107-4447


10 Nv Energy
PO Box 10100
Reno, NV  89520-0024


10 Southwest Gas Corporation
PO Box 98890
Las Vegas, NV  89193-8890


Aargon Agncy
3025 W Sahara Ave
Las Vegas, NV  89102-6094


Ally Diagnostics
2099 Valley View Ln # 180
Farmers Branch, TX  75234-8920


Amca
2269 S Saw Ml
Elmsford, NY  10523


Amcol Systems Inc
111 Lancewood Rd
Columbia, SC  29210-7523

Americollect Inc
1851 S Alverno Rd
Manitowoc, WI  54220-9208


Amocol Systems, Inc
PO Box 21625
Columbia, SC  29221-1625


Ashford University
8620 Spectrum Center Blvd
San Diego, CA  92123-1406


Bc Services Inc
550 Disc Dr
Longmont, CO  80503-9343


Byl Svc
301 Lacey St
West Chester, PA  19382-3727


Capital One
PO Box 30285
Salt Lake City, UT  84130-0285


Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX  75093-7864

```
Capital One Auto Finance
Attn: Bankruptcy Dept
PO Box 30258
Salt Lake City, UT  84130-0258


Capital One Bank USA N
15000 Capital One Dr
Richmond, VA  23238-1119


Centura-Penrose Hospital
2222 N Nevada Ave
Colorado Springs, CO  80907-6819


Colo Spgs Allergy Clinic
3425 Austin Bluffs Pkwy Ste 205
Colorado Springs, CO  80918-5724


Colorado Attorney General
1525 Sherman St Ste 540
Denver, CO  80203


Colorado Central Collection Services
1525 Sherman St
Denver, CO  80203


Colorado Department of Labor and Unemplo
PO Box 8789
Denver, CO  80201-8789
```

Colorado Department of Revenue
1325 Sherman St Rm 504
Denver, CO  80261


Compass Bank
2009 Beltline Rd SW
Decatur, AL  35601-6261


Compass Bank/Bbva Compass Bk
Attn:Bankruptcy
PO Box 10566
Birmingham, AL  35296-0001


Cox Communications
6205 Peachtree Dunwoody Rd Apt B
Atlanta, GA  30328-4524


Credit Service Co
PO Box 1120
Colorado Springs, CO  80901-1120


Credit Systems Inc
1485 Garden of the Gods Rd
Colorado Springs, CO  80907-3303


Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA  18773-9635

Dept of Ed/Navient
Attn: Claims Dept
PO Box 9400
Wilkes Barre, PA  18773-9400


Desert Radiologists
2020 Palomino Ln Ste 100
Las Vegas, NV  89106-4894


Dish Network
9601 S Meridian Blvd
Englewood, CO  80112-5905


DR BARTON E KNOX M.D.
3030 N Circle Dr # 300
Colorado Springs, CO  80909-1180


Dr Elliot Cohen
6760 Corporate Dr # 140
Colorado Springs, CO  80919-5910


First Choice Emergency Room
2941 Lake Vista Dr
Lewisville, TX  75067-3801


Ford Credit
1 American Rd
Dearborn, MI  48126-2701

```
Front Range Emergency Specialists
PO Box 17234
Denver, CO  80217-0234


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Laboratory Corp of America
PO Box 2240
Burlington, NC  27216-2240


Matthews Vu Medical Group
4190 E Woodmen Rd Ste 100
Colorado Springs, CO  80920-8075


Memorial Health System
4110 Briargate Pkwy # 445
Colorado Springs, CO  80920-7839


Memorial Hospital
1400 E Boulder St
Colorado Springs, CO  80909-5533


Navient
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA  18773-9500
```

```
Navient
123 S Justison St Ste 30
Wilmington, DE  19801-5360


Penrad Imaging
PO Box 2989
Colorado Springs, CO  80901-2989


Penrad Imaging
1390 Kelly Johnson Blvd
Colorado Springs, CO  80920-3908


Penrose Hospital
2222 N Nevada Ave
Colorado Springs, CO  80907-6819


Plusfour Inc.
6345 S Pecos Rd Ste 212
Las Vegas, NV  89120-6224


Provident Funding Asso
1235 N Dutton Ave Ste E
Santa Rosa, CA  95401-4666


Provident Funding Asso
PO Box 5914
Santa Rosa, CA  95402-5914
```

```
Quest Diagnostics
3 Giralda Farms
Madison, NJ  07940-1027


Radiology Imaging Consultant
7710 N Union Blvd Ste 101
Colorado Springs, CO  80920-4085


Ruicrdtsrvs
PO Box 1349
Melville, NY  11747-0421


Sallie Mae
PO Box 9500
Wilkes Barre, PA  18773-9500


Syncb/paypal Extras Mc
PO Box 965005
Orlando, FL  32896-5005


Synchrony Bank/Gap
PO Box 965064
Orlando, FL  32896-5064


United Consumer Financial Services
865 Bassett Rd
Westlake, OH  44145-1142
```

United Consumer Finl S
865 Bassett Rd
Westlake, OH  44145-1142


US Attorney General
950 Pennsylvania Ave NW
Washington, DC  20530-0009


US Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0009


Verizon Wireless
500 Technology Dr Ste 550
Weldon Spring, MO  63304-2225


Veteran's Administration
155 Van Gordon St
Lakewood, CO  80228-1709


Vital Recovery Services, LLC
PO Box 923747
Peachtree Corners, GA  30010-3747


Wells Fargo
PO Box 14517
Des Moines, IA  50306-3517

```
Wells Fargo Bank Card
MAC F82535-02F
PO Box 10438
Des Moines, IA  50306-0438


Western Control Servic
730 W Hampden Ave Ste 30
Englewood, CO  80110-2120
```

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan
        for family farmers or
        fishermen

    Chapter 13 - Voluntary repayment plan
        for individuals with regular
        income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

> ### Warning: File Your Forms on Time
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## District of Colorado, Denver Division

IN RE:                                                    Case No. _____

**Simmons, John Claude 3rd & Simmons, Nicole Felice**    Chapter **7** _____
                        Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                              the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                      the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Simmons, John Claude 3rd & Simmons, Nicole Felice**    **X** */s/ John Claude Simmons, III*          **10/07/2016**
Printed Name(s) of Debtor(s)                             Signature of Debtor                              Date

Case No. (if known) _____            **X** */s/ Nicole Felice Simmons*                **10/07/2016**
                                                        Signature of Joint Debtor (if any)               Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor

Paystubs

**BBVA** Compass

**Earnings   Statement**   ADP

| | | | | |
|---|---|---|---|---|
| J2D | 087825 | 048337 | 405 | 0000408728 |

*BBVA COMPASS*
*15 SOUTH 20TH STREET*
*BIRMINGHAM, AL 35233*
*1-888-474-3575*

9348-0001

| | |
|---|---|
| Period Beginning: | 09/25/2016 |
| Period Ending: | 10/08/2016 |
| Pay Date: | 10/07/2016 |

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:       5
   CO:              5

**JOHN C SIMMONS**
**7119 ASPEN GLEN LANE**
**COLORADO SPRINGS CO 80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 80.00 | 1,730.77 | 31,656.83 |
| Overtime | 32.4519 | 2.75 | 89.24 | 1,233.16 |
| Fsa Plan | | | | 3,634.62 |
| Hol/In Lieu/Fh | | | | 1,038.48 |
| Invst Referrals | | | | 125.00 |
| Mtg Cert Empl | | | | 500.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 44.90 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 1,038.46 |
| Vacation Pay | | | | 1,038.46 |
| Vir Hth Miles | | | | 25.00 |
| **Gross Pay** | | | **$1,820.01** | 40,599.43 |

Your federal taxable wages this period are
$1,522.85

**Other Benefits and**
**Information**   this period   total to date
Group Term Life   1.66   33.20

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC   LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -41.53 | 1,450.63 |
| | Social Security Tax | -94.51 | 2,168.10 |
| | Medicare Tax | -22.11 | 507.06 |
| | CO State Income Tax | -20.00 | 597.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 932.40 |
| | Health Ins | -223.91 | 4,198.20 |
| | Vision Ins | -26.63 | 532.60 |
| | **Net Pay** | **$1,344.70** | |
| | Checking 1 | -1,344.70 | |
| | **Net Check** | **$0.00** | |

**Retro Earnings:**
Period Begin/End Dates: 09/18/16 - 10/01/16
Overtime   2.75   $89.24
Period Begin/End Dates: 09/18/16 - 10/01/16
Regular   80.00   $1,730.77

© 2000 ADP, LLC

---

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

**Advice number:**   **00000408728**
Pay date:   10/07/2016

*THIS IS NOT A CHECK*

Deposited to the account of
**JOHN C SIMMONS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $1,344.70 |

**NON-NEGOTIABLE**

**BBVA** Compass

| J2D | 087825 | 048337 | 4 | 0000388796 | 1 |

9399-0001

**Earnin    Statement**

ADP

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

| Period Beginning: | 09/11/2016 |
| Period Ending: | 09/24/2016 |
| Pay Date: | 09/23/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:        5
CO:            5

**JOHN C SIMMONS**
**7119 ASPEN GLEN LANE**
**COLORADO SPRINGS CO 80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 65.25 | 1,411.66 | 29,926.06 |
| Overtime | 32.4519 | 1.75 | 56.79 | 1,143.92 |
| Hol/In Lieu/Fh | 21.6346 | 8.00 | 173.08 | 1,038.48 |
| Vacation Pay | 21.6346 | 8.00 | 173.08 | 1,038.46 |
| Fsa Plan | | | | 3,634.62 |
| Invst Referrals | | | | 125.00 |
| Mtg Cert Empl | | | | 500.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 44.90 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 1,038.46 |
| Vir Hth Miles | | | | 25.00 |
| **Gross Pay** | | | **$1,814.61** | 38,779.42 |

Your federal taxable wages this period are
$1,517.45

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 31.54 |

**Important Notes**

CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC      LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -40.98 | 1,409.10 |
| | Social Security Tax | -94.19 | 2,073.59 |
| | Medicare Tax | -22.03 | 484.95 |
| | CO State Income Tax | -19.00 | 577.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 885.78 |
| | Health Ins | -223.91 | 3,974.29 |
| | Vision Ins | -26.63 | 505.97 |
| | **Net Pay** | **$1,341.25** | |
| | Checking 1 | -1,341.25 | |
| | **Net Check** | **$0.00** | |

**Retro Earnings:**

| Period Begin/End Dates: | 09/04/16 - 09/17/16 | | |
|---|---|---|---|
| Hol/In Lieu/Fh | | 8.00 | $173.08 |
| Period Begin/End Dates: | 09/04/16 - 09/17/16 | | |
| Overtime | | 1.75 | $56.79 |
| Period Begin/End Dates: | 09/04/16 - 09/17/16 | | |
| Regular | | 65.25 | $1,411.66 |
| Period Begin/End Dates: | 09/04/16 - 09/17/16 | | |
| Vacation Pay | | 8.00 | $173.08 |

© 2000 ADP, LLC

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

**Advice number:**      **00000388796**
Pay date:          09/23/2016

Deposited to the account of
**JOHN C SIMMONS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $1,341.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass

J2D   087825   048337   40      0000036BB14   1

9426-0001

**Earning Statement**   ADP®

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

| | |
|---|---|
| Period Beginning: | 08/28/2016 |
| Period Ending: | 09/10/2016 |
| Pay Date: | 09/09/2016 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:  5
CO:  5

**JOHN C SIMMONS**
**7119 ASPEN GLEN LANE**
**COLORADO SPRINGS CO 80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 80.00 | 1,730.77 | 28,514.40 |
| Overtime | 32.4519 | 3.50 | 113.58 | 1,087.13 |
| Fsa Plan | | | | 3,634.62 |
| Hol/In Lieu/Fh | | | | 865.40 |
| Invst Referrals | | | | 125.00 |
| Mtg Cert Empl | | | | 500.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 44.90 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 1,038.46 |
| Vacation Pay | | | | 865.38 |
| Vir Hth Miles | | | | 25.00 |
| **Gross Pay** | | | **$1,844.35** | 36,964.81 |

Your federal taxable wages this period are
$1,547.19

**Other Benefits and Information** | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 29.88 |

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC      LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.96 | 1,368.12 |
| | Social Security Tax | -96.03 | 1,979.40 |
| | Medicare Tax | -22.45 | 462.92 |
| | CO State Income Tax | -21.00 | 558.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 839.16 |
| | Health Ins | -223.91 | 3,750.38 |
| | Vision Ins | -26.63 | 479.34 |
| | **Net Pay** | **$1,363.75** | |
| | Checking 1 | -1,363.75 | |
| | **Net Check** | **$0.00** | |

**Retro Earnings:**
Period Begin/End Dates: 08/21/16 - 09/03/16
Overtime          3.50          $113.58
Period Begin/End Dates: 08/21/16 - 09/03/16
Regular          80.00          $1,730.77

© 2009 ADP, LLC

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

**Advice number:**   **00000368814**
Pay date:   09/09/2016

Deposited to the account of
**JOHN C SIMMONS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $1,363.75 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass

J2D  087825  048337  AG  0000348959  1
9567-0001

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

## Earnings Statement  ADP

| | |
|---|---|
| Period Beginning: | 08/14/2016 |
| Period Ending: | 08/27/2016 |
| Pay Date: | 08/26/2016 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:  5
CO:  5

**JOHN C SIMMONS**
**7119 ASPEN GLEN LANE**
**COLORADO SPRINGS CO 80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 80.00 | 1,730.77 | 26,783.63 |
| Overtime | 32.4519 | 3.50 | 113.58 | 973.55 |
| Fsa Plan | | | 2,140.11 | 3,634.62 |
| Overtime Adj | | | 22.43 | 44.90 |
| Hol/In Lieu/Fh | | | | 865.40 |
| Invst Referrals | | | | 125.00 |
| Mtg Cert Empl | | | | 500.00 |
| Other Hours | | | | 173.08 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 1,038.46 |
| Vacation Pay | | | | 865.38 |
| Vir Hlth Miles | | | | 25.00 |
| **Gross Pay** | | | **$4,006.89** | 35,120.46 |

Your federal taxable wages this period are
$3,709.73

**Other Benefits and**
**Information** | this period | total to date
Group Term Life | 1.66 | 28.22

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC      LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

**Retro Earnings:**
Period Begin/End Dates: 04/09/16 - 06/25/16
Overtime Adj            .00            $22.43
Period Begin/End Dates: 08/07/16 - 08/20/16
Overtime          3.50          $113.58
Period Begin/End Dates: 08/07/16 - 08/20/16
Regular          80.00          $1,730.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -354.64 | 1,324.16 |
| | Social Security Tax | -230.10 | 1,883.37 |
| | Medicare Tax | -53.82 | 440.47 |
| | CO State Income Tax | -121.00 | 537.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 792.54 |
| | Health Ins | -223.91 | 3,526.47 |
| | Vision Ins | -26.63 | 452.71 |
| | **Net Pay** | **$2,950.17** | |
| | Checking 1 | -2,950.17 | |
| | **Net Check** | **$0.00** | |

© 2009 ADP, LLC

---

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1 - 888 - 474 - 3575

**Advice number:** 00000348959
Pay date: 08/26/2016

Deposited to the account of
**JOHN C SIMMONS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $2,950.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass

J2D   087825   048337       0000328947   1
9568-0001

**Earnings Statement**

ADP

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

| | |
|---|---|
| Period Beginning: | 07/31/2016 |
| Period Ending: | 08/13/2016 |
| Pay Date: | 08/12/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:        5
   CO:             5

**JOHN C SIMMONS**
**7119 ASPEN GLEN LANE**
**COLORADO SPRINGS CO 80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 80.00 | 1,730.77 | 25,052.86 |
| Overtime | 32.4519 | 2.50 | 81.13 | 859.97 |
| Fsa Plan | | | | 1,494.51 |
| Hol/In Lieu/Fh | | | | 865.40 |
| Invst Referrals | | | | 125.00 |
| Mtg Cert Empl | | | | 500.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 22.47 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 1,038.46 |
| Vacation Pay | | | | 865.38 |
| Vir Hth Miles | | | | 25.00 |
| **Gross Pay** | | | **$1,811.90** | 31,113.57 |

Your federal taxable wages this period are
$1,514.74

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 26.56 |

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC       LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -40.71 | 969.52 |
| | Social Security Tax | -94.02 | 1,653.27 |
| | Medicare Tax | -21.99 | 386.65 |
| | CO State Income Tax | -19.00 | 416.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 745.92 |
| | Health Ins | -223.91 | 3,302.56 |
| | Vision Ins | -26.63 | 426.08 |
| | **Net Pay** | **$1,339.02** | |
| | Checking 1 | -1,339.02 | |
| | **Net Check** | **$0.00** | |

**Retro Earnings:**
Period Begin/End Dates: 07/24/16 - 08/06/16
Overtime          2.50          $81.13
Period Begin/End Dates: 07/24/16 - 08/06/16
Regular          80.00          $1,730.77

© 2009 ADP, LLC

---

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

| | |
|---|---|
| Advice number: | 00000328947 |
| Pay date: | 08/12/2016 |



Deposited to the account of
JOHN C SIMMONS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9919 | xxxx xxxx | $1,339.02 |

**NON-NEGOTIABLE**

**BBVA** Compass

9665-0001

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

# Earnings Statement

Period Beginning:    07/17/2016
Period Ending:       07/30/2016
Pay Date:            07/29/2016

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    5
  CO:         5

JOHN C SIMMONS
7119 ASPEN GLEN LANE
COLORADO SPRINGS CO 80919

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.6346 | 59.25 | 1,281.85 | 23,322.09 |
| Invst Referrals | | | 75.00 | 125.00 |
| Mtg Cert Empl | | | 200.00 | 500.00 |
| Overtime Adj | | | 3.30 | 22.47 |
| Sick | 21.6346 | 24.00 | 519.23 | 1,038.46 |
| Overtime | | | | 778.84 |
| Fsa Plan | | | | 1,494.51 |
| Hol/In Lieu/Fh | | | | 865.40 |
| Other Hours | | | | 173.08 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Vacation Pay | | | | 865.38 |
| Vir Hth Miles | | | | 25.00 |
| **Gross Pay** | | | **$2,079.38** | 29,301.67 |

Your federal taxable wages this period are
$1,782.22

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 24.90 |

**Important Notes**

CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC      LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

**Deductions    Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -67.46 | 928.81 |
| Social Security Tax | -110.60 | 1,559.25 |
| Medicare Tax | -25.86 | 364.66 |
| CO State Income Tax | -32.00 | 397.00 |

**Other**

| | | |
|---|---|---|
| Dental Ins | -46.62 | 699.30 |
| Health Ins | -223.91 | 3,078.65 |
| Vision Ins | -26.63 | 399.45 |
| **Net Pay** | **$1,546.30** | |
| Checking 1 | -1,546.30 | |
| **Net Check** | **$0.00** | |

**Retro Earnings:**
Period Begin/End Dates: 06/04/16 - 06/25/16
Overtime Adj               .00          $0.79
Period Begin/End Dates: 06/11/16 - 07/09/16
Overtime Adj               .00          $2.51
Period Begin/End Dates: 07/10/16 - 07/23/16
Regular                  59.25      $1,281.85
Period Begin/End Dates: 07/10/16 - 07/23/16
Sick                     24.00        $519.23

© 2000 ADP, LLC

---

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

Advice number:     00000309017
Pay date:          07/29/2016

Deposited to the account of
JOHN C SIMMONS

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $1,546.30 |



NON-NEGOTIABLE

**BBVA** Compass

J2D  087825  048337  0000289046  1

9677-0001

**Earnings Statement**  ADP

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

| | |
|---|---|
| Period Beginning: | 07/03/2016 |
| Period Ending: | 07/16/2016 |
| Pay Date: | 07/15/2016 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 5
CO: 5

**JOHN C SIMMONS**
**7119 ASPEN GLEN LANE**
**COLORADO SPRINGS CO 80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 74.00 | 1,600.96 | 22,040.24 |
| Overtime | 32.4519 | 1.75 | 56.79 | 778.84 |
| Hol/In Lieu/Fh | 21.6346 | 8.00 | 173.08 | 865.40 |
| Vir Hth Miles | | | | 25.00 |
| Fsa Plan | | | | 1,494.51 |
| Invst Referrals | | | | 50.00 |
| Mtg Cert Empl | | | | 300.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 19.17 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 519.23 |
| Vacation Pay | | | | 865.38 |
| **Gross Pay** | | | **$1,855.83** | 27,222.29 |

Your federal taxable wages this period are
$1,558.67

**Other Benefits and Information** | this period | total to date
Group Term Life | 1.66 | 23.24

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC    LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.10 | 861.35 |
| | Social Security Tax | -96.74 | 1,448.65 |
| | Medicare Tax | -22.63 | 338.80 |
| | CO State Income Tax | -21.00 | 365.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 652.68 |
| | Health Ins | -223.91 | 2,854.74 |
| | Vision Ins | -26.63 | 372.82 |
| | **Net Pay** | **$1,373.20** | |
| | Checking 1 | -1,373.20 | |
| | **Net Check** | **$0.00** | |

**Retro Earnings:**
Period Begin/End Dates: 06/26/16 - 07/09/16
Hol/In Lieu/Fh          8.00          $173.08
Period Begin/End Dates: 06/26/16 - 07/09/16
Overtime                1.75          $56.79
Period Begin/End Dates: 06/26/16 - 07/09/16
Regular                 74.00         $1,600.96

© 2000 ADP, LLC

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

**Advice number:** 00000289046
Pay date: 07/15/2016

Deposited to the account of
**JOHN C SIMMONS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $1,373.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass   Page  4

BBVA  COMPASS
15  SOUTH  20TH  STREET
BIRMINGHAM,  AL  35233
1-888-474-3575

9711-0001

## Earnings Statement

ADP

| Period  Beginning: | 06/19/2016 |
|---|---|
| Period  Ending: | 07/02/2016 |
| Pay  Date: | 07/01/2016 |

Taxable  Marital  Status:     Married
Exemptions/Allowances:
  Federal:          5
  CO:               5

**JOHN  C  SIMMONS**
**7119  ASPEN  GLEN  LANE**
**COLORADO  SPRINGS  CO  80919**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 21.6346 | 64.25 | 1,390.02 | 20,439.28 |
| Overtime | 32.4519 | 1.75 | 56.79 | 722.05 |
| Sick | 21.6346 | 16.00 | 346.15 | 519.23 |
| Fsa  Plan | | | | 1,494.51 |
| Hol/In  Lieu/Fh | | | | 692.32 |
| Invst  Referrals | | | | 50.00 |
| Mtg  Cert  Empl | | | | 300.00 |
| Other  Hours | | | | 173.08 |
| Overtime  Adj | | | | 19.17 |
| Ret  Bnk  Rc  Pl | | | | 91.44 |
| Vacation  Pay | | | | 865.38 |
| **Gross Pay** | | | **$1,792.96** | 25,366.46 |

Your  federal  taxable  wages  this  period  are
$1,495.80

**Other  Benefits  and**
**Information**

| | this  period | total  to  date |
|---|---|---|
| Group  Term  Life | 1.66 | 21.58 |

**Important  Notes**
CURRENT  ACCRUED  TIME  OFF  BALANCES  ARE  AVAILABLE
IN  THE  ETIME  SYSTEM

TO  ACCESS  GO  TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC        LOOK  FOR  THE
ETIME  LINK  UNDER  MY  COMPENSATION

CALIFORNIA  EMPLOYEES  WILL  ALSO  SEE  THEIR
CALIFORNIA  PAID  SICK  LEAVE  BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -38.82 | 816.25 |
| | Social  Security  Tax | -92.84 | 1,351.91 |
| | Medicare  Tax | -21.71 | 316.17 |
| | CO  State  Income  Tax | -18.00 | 344.00 |
| | **Other** | | |
| | Dental  Ins | -46.62 | 606.06 |
| | Health  Ins | -223.91 | 2,630.83 |
| | Vision  Ins | -26.63 | 346.19 |
| | **Net Pay** | | **$1,324.43** |
| | Checking  1 | -1,324.43 | |
| | **Net Check** | | **$0.00** |

**Retro  Earnings:**
Period  Begin/End  Dates:  06/12/16  -  06/25/16
| Overtime | 1.75 | $56.79 |
|---|---|---|
Period  Begin/End  Dates:  06/12/16  -  06/25/16
| Regular | 64.25 | $1,390.02 |
Period  Begin/End  Dates:  06/12/16  -  06/25/16
| Sick | 16.00 | $346.15 |

© 2000 ADP, LLC

**BBVA** Compass

BBVA  COMPASS
15  SOUTH  20TH  STREET
BIRMINGHAM ,  AL  35233
1-888-474-3575

**Advice  number:**    00000269054
Pay  date:    07/01/2016

Deposited  to  the  account  of
**JOHN  C  SIMMONS**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx  xxxx | $1,324.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass    Page  3

| | | | |
|---|---|---|---|
| J2D | 087825    048337 | 0000249149 | 1 |

9815-0001

**Earnings Statement**    ADP

*BBVA  COMPANY*
*15 SOUTH 20TH STREET*
*BIRMINGHAM,  AL 35233*
*1-888-474-3575*

| | |
|---|---|
| Period  Beginning: | 06/05/2016 |
| Period  Ending: | 06/18/2016 |
| Pay  Date: | 06/17/2016 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
    Federal:     5
    CO:        5

**JOHN  C  SIMMONS**
**7119  ASPEN  GLEN  LANE**
**COLORADO  SPRINGS  CO  80919**

### Earnings

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 21.6346 | 73.50 | 1,590.14 | 19,049.26 |
| Overtime | 32.4519 | 1.75 | 56.79 | 665.26 |
| Hol/In  Lieu/Fh | 21.6346 | 8.00 | 173.08 | 692.32 |
| Mtg  Cert  Empl | | | 200.00 | 300.00 |
| Overtime  Adj | | | 0.84 | 19.17 |
| Fsa  Plan | | | | 1,494.51 |
| Invst  Referrals | | | | 50.00 |
| Other  Hours | | | | 173.08 |
| Ret  Bnk  Rc  Pl | | | | 91.44 |
| Sick | | | | 173.08 |
| Vacation  Pay | | | | 865.38 |
| **Gross  Pay** | | | **$2,020.85** | 23,573.50 |

Your  federal  taxable  wages  this  period  are
$1,723.69

**Other  Benefits  and**
**Information**

| | this  period | total  to  date |
|---|---|---|
| Group  Term  Life | 1.66 | 19.92 |

**Important  Notes**

CURRENT  ACCRUED  TIME  OFF  BALANCES  ARE  AVAILABLE
IN  THE  ETIME  SYSTEM

TO  ACCESS  GO  TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC      LOOK  FOR  THE
ETIME  LINK  UNDER  MY  COMPENSATION

CALIFORNIA  EMPLOYEES  WILL  ALSO  SEE  THEIR
CALIFORNIA  PAID  SICK  LEAVE  BALANCE

### Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -61.61 | 777.43 |
| | Social  Security  Tax | -106.98 | 1,259.07 |
| | Medicare  Tax | -25.02 | 294.46 |
| | CO  State  Income  Tax | -29.00 | 326.00 |
| | **Other** | | |
| | Dental  Ins | -46.62 | 559.44 |
| | Health  Ins | -223.91 | 2,406.92 |
| | Vision  Ins | -26.63 | 319.56 |
| | **Net  Pay** | | **$1,501.08** |
| | Checking  1 | -1,501.08 | |
| | **Net  Check** | | **$0.00** |

**Retro  Earnings:**
Period  Begin/End  Dates:  05/14/16  -  06/11/16
Overtime  Adj          .00          $0.84
Period  Begin/End  Dates:  05/29/16  -  06/11/16
Hol/In  Lieu/Fh        8.00        $173.08
Period  Begin/End  Dates:  05/29/16  -  06/11/16
Overtime              1.75          $56.79
Period  Begin/End  Dates:  05/29/16  -  06/11/16
Regular              73.50        $1,590.14

© 2000 ADP, LLC

---

**BBVA** Compass

BBVA  COMPASS
15  SOUTH  20TH  STREET
BIRMINGHAM ,  AL  35233
1 - 888 - 474 - 3575

**Advice  number:**        **00000249149**
Pay  date:                06/17/2016

Deposited  to  the  account  of
**JOHN  C  SIMMONS**

| | account  number | transit  ABA | | amount |
|---|---|---|---|---|
| | xxxxxx9919 | xxxx  xxxx | | $1,501.08 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass   Page 5

**Earnings Statement**   ADP

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

9736-0001

| | |
|---|---|
| Period Beginning: | 05/22/2016 |
| Period Ending: | 06/04/2016 |
| Pay Date: | 06/03/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   5
CO:   5

**JOHN  C  SIMMONS**
**7119  ASPEN  GLEN  LANE**
**COLORADO  SPRINGS  CO  80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 80.00 | 1,730.77 | 17,459.12 |
| Overtime | | | | 608.47 |
| Fsa Plan | | | | 1,494.51 |
| Hol/In Lieu/Fh | | | | 519.24 |
| Invst Referrals | | | | 50.00 |
| Mtg Cert Empl | | | | 100.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 18.33 |
| Ret Bnk Rc Pl | | | | 91.44 |
| Sick | | | | 173.08 |
| Vacation Pay | | | | 865.38 |
| **Gross Pay** | | | **$1,730.77** | 21,552.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -32.60 | 715.82 |
| | Social Security Tax | -88.98 | 1,152.09 |
| | Medicare Tax | -20.81 | 269.44 |
| | CO State Income Tax | -15.00 | 297.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 512.82 |
| | Health Ins | -223.91 | 2,183.01 |
| | Vision Ins | -26.63 | 292.93 |
| | **Net Pay** | | **$1,276.22** |
| | Checking 1 | -1,276.22 | |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are
$1,433.61

**Other Benefits and**
**Information** | this period | total to date

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 18.26 |

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC        LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

**Retro Earnings:**
Period Begin/End Dates: 05/15/16 - 05/28/16
Regular        80.00        $1,730.77

© 2000 ADP, LLC

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM , AL 35233
1-888-474-3575

Advice number:        00000229115
Pay date:        06/03/2016

Deposited to the account of
JOHN C SIMMONS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9919 | xxxx xxxx | $1,276.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass  Page  4

J2D   087825   048337   0000209246   2

9892-0001

**BBVA COMPASS**
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

### Earnings Statement

**ADP**

| | |
|---|---|
| Period  Beginning: | 05/08/2016 |
| Period  Ending: | 05/21/2016 |
| Pay  Date: | 05/20/2016 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
    Federal:       5
    CO:            5

**JOHN  C  SIMMONS**
**7119  ASPEN  GLEN  LANE**
**COLORADO  SPRINGS  CO  80919**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 21.6346 | 40.00 | 865.38 | 15,728.35 |
| Overtime | 32.4519 | 1.75 | 56.79 | 608.47 |
| Fsa  Plan | | | 1,494.51 | 1,494.51 |
| Mtg  Cert  Empl | | | 100.00 | 100.00 |
| Overtime  Adj | | | 16.33 | 18.33 |
| Vacation  Pay | 21.6346 | 40.00 | 865.38 | 865.38 |
| Hol/In  Lieu/Fh | | | | 519.24 |
| Invst  Referrals | | | | 50.00 |
| Other  Hours | | | | 173.08 |
| Ret  Bnk  Rc  Pl | | | | 91.44 |
| Sick | | | | 173.08 |
| **Gross Pay** | | | **$3,398.94** | 19,821.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -263.44 | 683.22 |
| | Social  Security  Tax | -192.40 | 1,063.11 |
| | Medicare  Tax | -45.00 | 248.63 |
| | CO  State  Income  Tax | -93.00 | 282.00 |
| | **Other** | | |
| | Dental  Ins | -46.62 | 466.20 |
| | Health  Ins | -223.91 | 1,959.10 |
| | Vision  Ins | -26.63 | 266.30 |
| | **Net Pay** | **$2,507.94** | |
| | Checking  1 | -2,507.94 | |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are
$3,101.78

**Other  Benefits  and
Information**

| | this  period | total  to  date |
|---|---|---|
| Group  Term  Life | 1.66 | 16.60 |

**Important  Notes**
CURRENT  ACCRUED  TIME  OFF  BALANCES  ARE  AVAILABLE
IN  THE  ETIME  SYSTEM

TO  ACCESS  GO  TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC        LOOK  FOR  THE
ETIME  LINK  UNDER  MY  COMPENSATION

CALIFORNIA  EMPLOYEES  WILL  ALSO  SEE  THEIR
CALIFORNIA  PAID  SICK  LEAVE  BALANCE

**Retro  Earnings:**
Period  Begin/End  Dates: 01/09/16 - 04/02/16
Overtime  Adj                    .00              $15.62
Period  Begin/End  Dates: 04/09/16 - 05/07/16
Overtime  Adj                    .00               $1.26
Period  Begin/End  Dates: 05/01/16 - 05/14/16
Overtime                        1.75              $56.79
Period  Begin/End  Dates: 05/01/16 - 05/14/16
Regular                        40.00             $865.38
Period  Begin/End  Dates: 05/01/16 - 05/14/16
Vacation  Pay                  40.00             $865.38

© 2000  ADP, LLC

---

**BBVA** Compass

BBVA  COMPASS
15  SOUTH  20TH  STREET
BIRMINGHAM , AL  35233
1 - 888 - 474 - 3575

**Advice  number:**      **00000209246**
Pay  date:                05/20/2016

Deposited  to  the  account  of
**JOHN  C  SIMMONS**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx  xxxx | $2,507.94 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass   Page 3

**Earni s Statement**   ADP

| | | | | |
|---|---|---|---|---|
| J2D | 087825 | 048337 | 0000189194 | 1 |
| | | | 9855-0001 | |

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

Period Beginning:    04/24/2016
Period Ending:       05/07/2016
Pay Date:            05/06/2016

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    5
   CO:         5

JOHN C SIMMONS
7119 ASPEN GLEN LANE
COLORADO SPRINGS CO 80919

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 73.50 | 1,590.14 | 14,862.97 |
| Overtime | 32.4519 | 1.75 | 56.79 | 551.68 |
| Sick | 21.6346 | 8.00 | 173.08 | 173.08 |
| Hol/In Lieu/Fh | | | | 519.24 |
| Invst Referrals | | | | 50.00 |
| Other Hours | | | | 173.08 |
| Overtime Adj | | | | 1.45 |
| **Gross Pay** | | | **$1,820.01** | 16,331.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 14.94 |

**Important Notes**

CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC    LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -41.52 | 396.86 |
| | Social Security Tax | -94.52 | 865.02 |
| | Medicare Tax | -22.10 | 202.30 |
| | CO State Income Tax | -20.00 | 185.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 419.58 |
| | Health Ins | -223.91 | 1,735.19 |
| | Vision Ins | -26.63 | 239.67 |
| | **Net Pay** | **$1,344.71** | |
| | Checking 1 | -1,344.71 | |
| | **Net Check** | **$0.00** | |

**Retro Earnings:**
Period Begin/End Dates: 04/17/16 - 04/30/16
Overtime              1.75              $56.79
Period Begin/End Dates: 04/17/16 - 04/30/16
Regular              73.50           $1,590.14
Period Begin/End Dates: 04/17/16 - 04/30/16
Sick                  8.00             $173.08

Your federal taxable wages this period are
$1,522.85

© 2000 ADP, LLC

---

**BBVA** Compass

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

Advice number:    00000189194
Pay date:         05/06/2016

Deposited to the account of
JOHN C SIMMONS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9919 | xxxx xxxx | $1,344.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass

J2D    087825    048337    0000169279    1

9975-0001

## Earnings Statement

ADP

*BBVA COMPASS*
*15 SOUTH 20TH STREET*
*BIRMINGHAM, AL 35233*
*1-888-474-3575*

| | |
|---|---|
| Period Beginning: | 04/10/2016 |
| Period Ending: | 04/23/2016 |
| Pay Date: | 04/22/2016 |

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:         5
  CO:              5

**JOHN  C  SIMMONS**
**7119  ASPEN  GLEN  LANE**
**COLORADO  SPRINGS  CO  80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 80.00 | 1,730.77 | 13,272.83 |
| Overtime | 32.4519 | 3.50 | 113.58 | 494.89 |
| Invst Referrals | | | 50.00 | 50.00 |
| Overtime Adj | | | 1.45 | 1.45 |
| Hol/In Lieu/Fh | | | | 519.24 |
| Other Hours | | | | 173.08 |
| **Gross Pay** | | | **$1,895.80** | 14,511.49 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -49.10 | 355.34 | |
| | Social Security Tax | -99.21 | 770.50 | |
| | Medicare Tax | -23.21 | 180.20 | |
| | CO State Income Tax | -23.00 | 165.00 | |
| | **Other** | | | |
| | Dental Ins | -46.62 | 372.96 | |
| | Health Ins | -223.91 | 1,511.28 | |
| | Vision Ins | -26.63 | 213.04 | |
| | **Net Pay** | **$1,404.12** | | |
| | Checking 1 | -1,404.12 | | |
| | **Net Check** | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 13.28 |

**Important  Notes**

CURRENT  ACCRUED  TIME OFF BALANCES  ARE AVAILABLE
IN THE ETIME  SYSTEM

TO ACCESS  GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC        LOOK  FOR THE
ETIME  LINK UNDER  MY COMPENSATION

CALIFORNIA  EMPLOYEES  WILL ALSO SEE THEIR
CALIFORNIA  PAID SICK LEAVE BALANCE

**Retro Earnings:**
Period Begin/End Dates: 03/05/16  -  03/26/16
Overtime Adj                    .00            $1.45
Period Begin/End Dates: 04/03/16  -  04/16/16
Overtime                    3.50         $113.58
Period Begin/End Dates: 04/03/16  -  04/16/16
Regular                    80.00      $1,730.77

Your  federal  taxable  wages  this  period  are
$1,598.64

© 2000 ADP, LLC

---

**BBVA** Compass

BBVA  COMPASS
15  SOUTH  20TH  STREET
BIRMINGHAM , AL 35233
1 - 888 - 474 -3575

| | |
|---|---|
| **Advice number:** | **00000169279** |
| Pay date: | 04/22/2016 |

Deposited  to the  account  of
**JOHN  C SIMMONS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx  xxxx | $1,404.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BBVA** Compass   Page 3

J2D   087825   048337   ACS   0000149225   1   9912-0001

BBVA COMPASS
15 SOUTH 20TH STREET
BIRMINGHAM, AL 35233
1-888-474-3575

# Earnings Statement

**ADP**

| Period Beginning: | 03/27/2016 |
|---|---|
| Period Ending: | 04/09/2016 |
| Pay Date: | 04/08/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:       5
   CO:            5

**JOHN  C  SIMMONS**
**7119  ASPEN  GLEN  LANE**
**COLORADO  SPRINGS CO  80919**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6346 | 77.50 | 1,676.68 | 11,542.06 |
| Overtime | 32.4519 | 1.75 | 56.79 | 381.31 |
| Other Hours | 21.6346 | 8.00 | 173.08 | 173.08 |
| Hol/In Lieu/Fh | | | | 519.24 |
| **Gross Pay** | | | **$1,906.55** | 12,615.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.18 | 306.24 |
| | Social Security Tax | -102.37 | 671.29 |
| | Medicare Tax | -23.94 | 156.99 |
| | CO State Income Tax | -25.00 | 142.00 |
| | **Other** | | |
| | Dental Ins | -46.62 | 326.34 |
| | Health Ins | -183.91 | 1,287.37 |
| | Vision Ins | -26.63 | 186.41 |
| | **Net Pay** | **$1,443.90** | |
| | Checking 1 | -1,443.90 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,649.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.66 | 11.62 |

**Important Notes**
CURRENT ACCRUED TIME OFF BALANCES ARE AVAILABLE
IN THE ETIME SYSTEM

TO ACCESS GO TO
HTTPS://WWW.YOUANDBBVA.COM/PUBLIC          LOOK FOR THE
ETIME LINK UNDER MY COMPENSATION

CALIFORNIA EMPLOYEES WILL ALSO SEE THEIR
CALIFORNIA PAID SICK LEAVE BALANCE

**Retro Earnings:**
Period Begin/End Dates: 03/20/16 - 04/02/16
Other Hours          8.00          $173.08
Period Begin/End Dates: 03/20/16 - 04/02/16
Overtime             1.75          $56.79
Period Begin/End Dates: 03/20/16 - 04/02/16
Regular             77.50        $1,676.68

© 2000 ADP, LLC

---

**BBVA** Compass

BBVA  COMPASS
15  SOUTH  20TH  STREET
BIRMINGHAM , AL 35233
1 - 888 - 474 - 3575

| Advice number: | 00000149225 |
|---|---|
| Pay date: | 04/08/2016 |

Deposited to the account of
JOHN  C  SIMMONS

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9919 | xxxx xxxx | $1,443.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Spouse

Pay Stubs

Nicole Simmons            1415174

SSC Colorado Spr Ced Op Co LLC

Houston, TX 77041

| | |
|---|---|
| Check #: | 5008856 |
| Pay Begin Date: | 08/25/2016 |
| Pay End Date: | 09/07/2016 |
| Check Date: | 09/14/2016 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| Name: | Nicole Felice Simmons | Business Unit: | 30714 |
| Address: | 8330 St. Helena Dr. | Department: | 10110 - Snf Noncert |
| | | Job Title: | Rn |
| | Colorado Springs, CO 80920 | Pay Rate: | $33.20     Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | CO Marital Status: | Married |
| Fed Allowances: | 4 | CO Allowances: | 4 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-09-07 | 1,925.28 | 1,925.28 | 302.62 | 0.00 | 1,622.66 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 44.00 | 33.200000 | 1,460.80 |
| Overtime | | | 2.25 | 51.300000 | 115.43 |
| Wk Hol 1.0 | | | 4.00 | 33.200000 | 132.80 |
| ShiftWD2nd | | | 15.50 | 1.000000 | 15.50 |
| ShiftWD3rd | | | 34.75 | 1.000000 | 34.75 |
| Holiday | | | 5.00 | 33.200000 | 166.00 |
| | | | | | |
| **Total:** | | | **105.50** | | **1,925.28** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 110.33 |
| Fed MED/EE | 27.92 |
| Fed OASDI/EE | 119.37 |
| CO Withholding | 45.00 |
| | |
| **Total:** | **302.62** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| **Total:** | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249090105 | 1622.66 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 20.61 | 33.200000 |
| | | |
| **Total YTD Amount:** | **20.61** | |

Nicole Simmons                    1415174

SSC Colorado Spr Ced Op Co LLC

Houston, TX 77041

| | |
|---|---|
| Check #: | 4991442 |
| Pay Begin Date: | 08/11/2016 |
| Pay End Date: | 08/24/2016 |
| Check Date: | 08/31/2016 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 |
| **Address:** | 8330 St. Helena Dr. | **Department:** | 10110 - Snf Noncert |
| | Colorado Springs, CO 80920 | **Job Title:** | Rn |
| | | **Pay Rate:** | $33.20    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-08-24 | 1,924.35 | 1,924.35 | 302.40 | 0.00 | 1,621.95 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 48.00 | 33.200000 | 1,593.60 | 26,950.10 |
| Overtime | | | 1.25 | 51.300000 | 64.13 | 3,169.93 |
| Overtime | | | 4.25 | 51.087611 | 217.12 | 0.00 |
| ShiftWD2nd | | | 15.50 | 1.000000 | 15.50 | 296.75 |
| ShiftWD3rd | | | 34.00 | 1.000000 | 34.00 | 369.75 |
| **Total:** | | | **103.00** | | **1,924.35** | **34,064.98** |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholding | 110.19 | 2,197.65 |
| Fed MED/EE | 27.90 | 493.94 |
| Fed OASDI/EE | 119.31 | 2,112.03 |
| CO Withholding | 45.00 | 811.00 |
| **Total:** | **302.40** | **5,614.62** |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1621.95 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 18.16 | 33.200000 |
| **Total YTD Amount:** | **18.16** | |

Pay Inquiry

| Nicole Simmons | 1415174 | Check #: | 4973877 |
|---|---|---|---|
| SSC Colorado Spr Ced Op Co LLC | | Pay Begin Date: | 07/28/2016 |
| Houston, TX 77041 | | Pay End Date: | 08/10/2016 |
| | | Check Date: | 08/17/2016 |

Review the details of your paycheck. To view other checks, select

**General**

| Name: | Nicole Felice Simmons | Business Unit: | 30714 |
|---|---|---|---|
| Address: | 8330 St. Helena Dr. | Department: | 10110 - Snf Noncert |
| | Colorado Springs, CO 80920 | Job Title: | Rn |
| | | Pay Rate: | $33.20     Hourly |

**Tax Data**

| Fed Marital Status: | Married | CO Marital Status: | Married |
|---|---|---|---|
| Fed Allowances: | 4 | CO Allowances: | 4 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

**Paycheck Summary**

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-08-10 | 1,846.93 | 1,846.93 | 281.87 | 0.00 | 1,565.06 |

**Earnings**

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 48.00 | 33.200000 | 1,593.60 |
| Overtime | | | 0.50 | 51.300000 | 25.65 |
| Overtime | | | 3.50 | 51.122727 | 178.93 |
| ShiftWD2nd | | | 15.00 | 1.000000 | 15.00 |
| ShiftWD3rd | | | 33.75 | 1.000000 | 33.75 |
| | | | | | |
| **Total:** | | | 100.75 | | 1,846.93 |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholding | 98.58 |
| Fed MED/EE | 26.78 |
| Fed OASDI/EE | 114.51 |
| CO Withholdng | 42.00 |
| | |
| **Total:** | 281.87 |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Direct Deposit**

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1565.06 |

**Leave Balances**

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 15.95 | 33.200000 |
| | | |
| Total YTD Amount: | 15.95 | |

Nicole Simmons                                1415174          **Check #:**        4956229
SSC Colorado Spr Ced Op Co LLC                                 **Pay Begin Date:** 07/14/2016
Houston, TX 77041                                             **Pay End Date:**    07/27/2016
                                                             **Check Date:**      08/03/2016

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 |
| **Address:** | 8330 St. Helena Dr. | **Department:** | 10110 - Snf Noncert |
| | Colorado Springs, CO 80920 | **Job Title:** | Rn |
| | | **Pay Rate:** | $33.20   Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-07-27 | 1,720.05 | 1,720.05 | 247.13 | 0.00 | 1,472.92 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 48.00 | 33.200000 | 1,593.60 |
| Overtime | | | 1.50 | 51.300000 | 76.95 |
| ShiftWD2nd | | | 15.25 | 1.000000 | 15.25 |
| ShiftWD3rd | | | 34.25 | 1.000000 | 34.25 |
| **Total:** | | | **99.00** | | **1,720.05** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 79.55 |
| Fed MED/EE | 24.94 |
| Fed OASDI/EE | 106.64 |
| CO Withholdng | 36.00 |
| **Total:** | **247.13** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| **Total:** | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1472.92 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 13.73 | 33.200000 |
| **Total YTD Amount:** | **13.73** | |

**Pay Inquiry**

| Nicole Simmons | 1415174 | Check #: | 4938647 |
|---|---|---|---|
| SSC Colorado Spr Ced Op Co LLC | | Pay Begin Date: | 06/30/2016 |
| Houston, TX 77041 | | Pay End Date: | 07/13/2016 |
| | | Check Date: | 07/20/2016 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 |
| **Address:** | 8330 St. Helena Dr. | **Department:** | 10110 - Snf Noncert |
| | Colorado Springs, CO 80920 | **Job Title:** | Rn |
| | | **Pay Rate:** | $33.20    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-07-13 | 1,397.70 | 1,397.70 | 172.51 | 0.00 | 1,225.19 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 31.25 | 33.200000 | 1,037.50 | 22,169.30 |
| Overtime | | | 0.50 | 51.300000 | 25.65 | 2,607.15 |
| Wk Hol 1.0 | | | 4.00 | 33.200000 | 132.80 | 522.90 |
| ShiftWD2nd | | | 11.50 | 1.000000 | 11.50 | 251.00 |
| ShiftWD3rd | | | 24.25 | 1.000000 | 24.25 | 267.75 |
| Holiday | | | 5.00 | 33.200000 | 166.00 | 664.00 |
| **Total:** | | | **76.50** | | **1,397.70** | **28,573.65** |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 44.58 | 1,909.33 |
| Fed MED/EE | 20.27 | 414.32 |
| Fed OASDI/EE | 86.66 | 1,771.57 |
| CO Withholdng | 21.00 | 688.00 |
| **Total:** | **172.51** | **4,783.22** |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1225.19 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 11.51 | 33.200000 |
| **Total YTD Amount:** | **11.51** | |

Pay Inquiry

| | | | | | |
|---|---|---|---|---|---|
| Nicole Simmons | | 1415174 | **Check #:** | 4921197 | |
| SSC Colorado Spr Ced Op Co LLC | | | **Pay Begin Date:** | 06/16/2016 | |
| Houston, TX 77041 | | | **Pay End Date:** | 06/29/2016 | |
| | | | **Check Date:** | 07/06/2016 | |

Review the details of your paycheck. To view other checks, select

**General**

| | | | | |
|---|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 | |
| **Address:** | 7119 Aspen Glen Ln | **Department:** | 10110 - Snf Noncert | |
| | Colorado Springs, CO 80919 | **Job Title:** | Rn | |
| | | **Pay Rate:** | $33.20 | Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

**Paycheck Summary**

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-06-29 | 2,048.42 | 2,048.42 | 336.50 | 0.00 | 1,711.92 |

**Earnings**

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 56.00 | 33.200000 | 1,859.20 |
| Overtime | | | 0.75 | 51.300000 | 38.48 |
| Overtime | | | 2.00 | 50.869853 | 101.74 |
| ShiftWD2nd | | | 15.50 | 1.000000 | 15.50 |
| ShiftWD3rd | | | 33.50 | 1.000000 | 33.50 |
| **Total:** | | | **107.75** | | **2,048.42** |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholding | 128.80 |
| Fed MED/EE | 29.70 |
| Fed OASDI/EE | 127.00 |
| CO Withholding | 51.00 |
| **Total:** | **336.50** |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| **Total:** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Direct Deposit**

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| Checking | | 8249080105 | 1711.92 |

**Leave Balances**

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 9.66 | 33.200000 |
| **Total YTD Amount:** | **9.66** | |

Nicole Simmons                              1415174                 Check #:         4903791
SSC Colorado Spr Ced Op Co LLC                                      Pay Begin Date:  06/02/2016
Houston, TX 77041                                                  Pay End Date:    06/15/2016
                                                                   Check Date:      06/22/2016

Review the details of your paycheck. To view other checks, select

### General

| Name: | Nicole Felice Simmons | Business Unit: | 30714 |
| Address: | 7119 Aspen Glen Ln | Department: | 10110 - Snf Noncert |
| | Colorado Springs, CO 80919 | Job Title: | Rn |
| | | Pay Rate: | $33.20   Hourly |

### Tax Data

| Fed Marital Status: | Married | CO Marital Status: | Married |
| Fed Allowances: | 4 | CO Allowances: | 4 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-06-15 | 2,918.45 | 2,918.45 | 573.58 | 0.00 | 2,344.87 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 47.75 | 33.200000 | 1,585.30 | 19,272.60 |
| Regular | 05/19/2016 | 05/25/2016 | 12.00 | 33.200000 | 398.40 | 0.00 |
| Overtime | | | 1.00 | 51.300000 | 51.30 | 2,441.28 |
| Overtime | 05/19/2016 | 05/25/2016 | 0.50 | 49.800000 | 24.90 | 0.00 |
| ShiftWD2nd | | | 15.00 | 1.000000 | 15.00 | 224.00 |
| ShiftWD2nd | 05/19/2016 | 05/25/2016 | 4.00 | 1.000000 | 4.00 | 0.00 |
| ShiftWD3rd | | | 33.75 | 1.000000 | 33.75 | 210.00 |
| ShiftWD3rd | 05/19/2016 | 05/25/2016 | 9.00 | 1.000000 | 9.00 | 0.00 |
| Vac 51 | 04/28/2016 | 05/04/2016 | 24.00 | 33.200000 | 796.80 | 796.80 |
| **Total:** | | | **147.00** | | **2,918.45** | **25,127.53** |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 259.31 | 1,735.95 |
| Fed MED/EE | 42.32 | 364.35 |
| Fed OASDI/EE | 180.95 | 1,557.91 |
| CO Withholding | 91.00 | 616.00 |
| **Total:** | **573.58** | **4,274.21** |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| Checking | | 8249080105 | 2344.87 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 7.07 | 33.200000 |
| **Total YTD Amount:** | **7.07** | |

Pay Inquiry

| Nicole Simmons | | 1415174 | | Check #: | 4886461 |
|---|---|---|---|---|---|
| SSC Colorado Spr Ced Op Co LLC | | | | Pay Begin Date: | 05/19/2016 |
| Houston, TX 77041 | | | | Pay End Date: | 06/01/2016 |
| | | | | Check Date: | 06/08/2016 |

Review the details of your paycheck. To view other checks, select

### General

| Name: | Nicole Felice Simmons | Business Unit: | 30714 |
|---|---|---|---|
| Address: | 7119 Aspen Glen Ln | Department: | 10110 - Snf Noncert |
| | | Job Title: | Rn |
| | Colorado Springs, CO 80919 | Pay Rate: | $33.20        Hourly |

### Tax Data

| Fed Marital Status: | Married | CO Marital Status: | Married |
|---|---|---|---|
| Fed Allowances: | 4 | CO Allowances: | 4 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-06-01 | 1,884.01 | 1,884.01 | 291.27 | 0.00 | 1,592.74 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 32.25 | 33.200000 | 1,070.70 |
| Regular | 05/12/2016 | 05/18/2016 | 12.00 | 33.200000 | 398.40 |
| Overtime | | | 0.50 | 51.300000 | 25.66 |
| Overtime | 05/12/2016 | 05/18/2016 | 1.25 | 49.800000 | 62.25 |
| Wk Hol 1.0 | | | 3.75 | 33.200000 | 124.50 |
| ShiftWD2nd | | | 11.25 | 1.000000 | 11.25 |
| ShiftWD3rd | | | 25.25 | 1.000000 | 25.25 |
| Holiday | | | 5.00 | 33.200000 | 166.00 |
| Total: | | | 91.25 | | 1,884.01 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 104.14 |
| Fed MED/EE | 27.32 |
| Fed OASDI/EE | 116.81 |
| CO Withholdng | 43.00 |
| Total: | 291.27 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| Total: | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1592.74 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 27.21 | 33.200000 |
| Total YTD Amount: | 27.21 | |

Pay Inquiry                                                                                          Page 1 of 1

Nicole Simmons                          1415174              **Check #:**        4869030
SSC Colorado Spr Ced Op Co LLC                              **Pay Begin Date:**  05/05/2016
Houston, TX 77041                                          **Pay End Date:**     05/18/2016
                                                           **Check Date:**       05/25/2016

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 |
| **Address:** | 7119 Aspen Glen Ln | **Department:** | 10110 - Snf Noncert |
| | | **Job Title:** | Rn |
| | Colorado Springs, CO 80919 | **Pay Rate:** | $33.20    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-05-18 | 1,270.43 | 1,270.43 | 144.03 | 0.00 | 1,126.40 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 36.00 | 33.200000 | 1,195.20 | 15,819.80 |
| Overtime | | | 0.75 | 51.300000 | 38.48 | 2,277.17 |
| ShiftWD2nd | | | 11.50 | 1.000000 | 11.50 | 193.75 |
| ShiftWD3rd | | | 25.25 | 1.000000 | 25.25 | 142.00 |
| **Total:** | | | **73.50** | | **1,270.43** | **20,325.07** |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholding | 31.85 | 1,372.50 |
| Fed MED/EE | 18.42 | 294.71 |
| Fed OASDI/EE | 78.76 | 1,260.15 |
| CO Withholding | 15.00 | 482.00 |
| **Total:** | **144.03** | **3,409.36** |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1126.40 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 24.76 | 33.200000 |
| **Total YTD Amount:** | **24.76** | |

Nicole Simmons                      1415174

SSC Colorado Spr Ced Op Co LLC

Houston, TX 77041

| | |
|---|---|
| Check #: | 4851637 |
| Pay Begin Date: | 04/21/2016 |
| Pay End Date: | 05/04/2016 |
| Check Date: | 05/11/2016 |

Review the details of your paycheck. To view other checks, select

**General**

| | | | |
|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 |
| **Address:** | 7119 Aspen Glen Ln | **Department:** | 10110 - Snf Noncert |
| | | **Job Title:** | Rn |
| | Colorado Springs, CO 80919 | **Pay Rate:** | $33.20     Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

**Paycheck Summary**

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-05-04 | 453.12 | 453.12 | 34.67 | 0.00 | 418.45 |

**Earnings**

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.50 | 33.200000 | 415.00 |
| Overtime | | | 0.50 | 51.242307 | 25.62 |
| ShiftWD2nd | | | 4.00 | 1.000000 | 4.00 |
| ShiftWD3rd | | | 8.50 | 1.000000 | 8.50 |
| | | | | | |
| **Total:** | | | **25.50** | | **453.12** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 6.57 |
| Fed OASDI/EE | 28.10 |
| | |
| **Total:** | **34.67** |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**After Tax Deductions**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**Direct Deposit**

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 418.45 |

**Leave Balances**

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 23.10 | 33.200000 |
| | | |
| **Total YTD Amount:** | **23.10** | |

Nicole Simmons                1415174           **Check #:**        4834093
SSC Colorado Spr Ced Op Co LLC                  **Pay Begin Date:** 04/07/2016
Houston, TX 77041                               **Pay End Date:**   04/20/2016
                                                **Check Date:**     04/27/2016

Review the details of your paycheck. To view other checks, select

**General**

| | | | |
|---|---|---|---|
| **Name:** | Nicole Felice Simmons | **Business Unit:** | 30714 |
| **Address:** | 7119 Aspen Glen Ln | **Department:** | 10110 - Snf Noncert |
| | Colorado Springs, CO 80919 | **Job Title:** | Rn |
| | | **Pay Rate:** | $33.20       Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 4 | **CO Allowances:** | 4 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

**Paycheck Summary**

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-04-20 | 1,613.98 | 1,613.98 | 220.67 | 0.00 | 1,393.31 |

**Earnings**

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 47.00 | 33.200000 | 1,560.40 | 14,209.60 |
| Overtime | | | 0.25 | 51.300000 | 12.83 | 2,213.07 |
| ShiftWD2nd | | | 16.00 | 1.000000 | 16.00 | 178.25 |
| ShiftWD3rd | | | 24.75 | 1.000000 | 24.75 | 108.25 |
| **Total:** | | | **88.00** | | **1,613.98** | **18,601.52** |

**Taxes**

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 66.21 | 1,340.65 |
| Fed MED/EE | 23.40 | 269.72 |
| Fed OASDI/EE | 100.06 | 1,153.29 |
| CO Withholdng | 31.00 | 467.00 |
| **Total:** | **220.67** | **3,230.66** |

**Employer Paid Benefits**

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

**Before-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

**After Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

**Direct Deposit**

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249060105 | 1393.31 |

**Leave Balances**

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 22.52 | 33.200000 |
| **Total YTD Amount:** | **22.52** | |

Pay Inquiry

| | | |
|---|---|---|
| Nicole Simmons | 1415174 | |
| SSC Colorado Spr Ced Op Co LLC | | |
| Houston, TX 77041 | | |

| | |
|---|---|
| Check #: | 4816601 |
| Pay Begin Date: | 03/24/2016 |
| Pay End Date: | 04/06/2016 |
| Check Date: | 04/13/2016 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| Name: | Nicole Felice Simmons | Business Unit: | 30714 |
| Address: | 7119 Aspen Glen Ln | Department: | 10110 - Snf Noncert |
| | Colorado Springs, CO 80919 | Job Title: | Rn |
| | | Pay Rate: | $33.20    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | CO Marital Status: | Married |
| Fed Allowances: | 4 | CO Allowances: | 4 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| 2016-04-06 | 1,693.90 | 1,693.90 | 240.20 | 0.00 | 1,453.70 |

### Earnings

| Description | Pay Begin Date | Pay End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 48.00 | 33.200000 | 1,593.60 |
| Overtime | | | 1.00 | 51.300000 | 51.30 |
| ShiftWD2nd | | | 15.50 | 1.000000 | 15.50 |
| ShiftWD3rd | | | 33.50 | 1.000000 | 33.50 |
| Total: | | | 98.00 | | 1,693.90 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 75.62 |
| Fed MED/EE | 24.56 |
| Fed OASDI/EE | 105.02 |
| CO Withholding | 35.00 |
| Total: | 240.20 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| Total: | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Direct Deposit

| Payment Type | Translate Long Name | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | 8249080105 | 1453.70 |

### Leave Balances

| Description | Hours | Hourly Rate |
|---|---|---|
| Vacation | 20.35 | 33.200000 |
| Total YTD Amount: | 20.35 | |